DIEDRICK SCHEFFER, Respondent, v. JOHN H. PLATE, Appellant.

*Vendor and purchaser — contract — principal and agent — authority of agent to sign contract for sale of real property.*

*Scheffer* v. *Plate,* 208 App. Div. 791, affirmed.

(Argued April 14, 1924; decided May 13, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 13, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to compel specific performance of an alleged contract to sell and convey real property. The defense was that the defendant's agent had no authority to sign the contract.

*George E. Brown* for appellant.

*Otho S. Bowling* and *Robert H. Elder* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARY A. HICKEY, Individually and as Executrix of ANNA L. HICKEY, Deceased, Respondent, v. THE CITY OF NEW YORK et al., Appellants.

*Appeal — motion to dismiss appeal denied.*

Reported below, 208 App. Div. 738.

(Argued May 12, 1924; decided May 13, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 7, 1924, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Benjamin Trapnell* for motion.

*George P. Nicholson, Corporation Counsel (John F. O'Brien* and *Charles V. Nellany* of counsel), opposed.

Motion denied, with ten dollars costs.